GERMAN CRAIG V. STATE OF NEBRASKA.

FILED APRIL 11, 1930. No. 27131.

*John M. Berger, A. S. Ritchie* and *John E. von Dorn,* for plaintiff in error.

*C. A. Sorensen, Attorney General,* and *Homer L. Kyle, contra.*

Heard before GOSS, C. J., DEAN, THOMPSON, EBERLY and DAY, JJ., and HASTINGS, District Judge.

PER CURIAM.

This is a proceeding in error brought to this court by German Craig for a review of the judgment of the district court for Douglas county, wherein he was convicted of the

crime of larceny from the person under section 9598, Comp. St. 1922.

We have carefully examined the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.